Emmett Harris BC3872
Name and Prisoner/Booking Number

CSATF/SP at Corcoran
Place of Confinement

P.O. Box 5246
Mailing Address

Corcoran, CA 93212
City, State, Zip Code

**FILED**

**MAY 0 4 2020**

**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
BY _____
      DEPUTY CLERK

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

EMMETT JAMES HARRIS ,
(Full Name of Plaintiff)          Plaintiff,

v.

(1) MERCY HOSPITAL OF FOLSOM ,
(Full Name of Defendant)
(2) ARSEN MKITCHYAN, M.D. ,

(3) _____ ,

(4) _____ ,
                          Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 2:19-cv-01040 JAM-EFB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☒ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred: _____.

## B. DEFENDANTS

1. Name of first Defendant: **Arsen Mkitchyan**. The first Defendant is employed as:
**Medical Doctor** at **Mercy Hospital of Folsom**.
(Position and Title)                                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____at_____.
(Position and Title)                                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____at_____.
(Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____at_____.
(Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☑ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **HARRIS** v. **HILL** _____
      2. Court and case number: **2:19-cv-01032-AC** _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **pending** _____.

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
      _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

# D. CAUSE OF ACTION

## CLAIM I

1. State the constitutional or other federal civil right that was violated: Deliberate Indifference Violation of Eighth Amendment

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☑ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. On June 10, 2018 I was ordered to be taken to Contraband Surveillance Watch for chewing and swallowing a controlled substance, ordered by Sergeant J. Aboushanab.
   2. As a result of such I found myself not feeling well, began sweating and informed Correctional officer B. Trueblood who was in the holding-cell to call man-down/alert.
   3. I was transported to Mercy Hospital of Folsom where I was treated by Doctor A. Mkitchan, who pumped my stomach retrieving what was chewed and swallowed
   4. Dr. Mkitchan's conduct became unreasonable when the doctor sadistically inserted a tube in my rectum. A maltreatment, grossly incompetent, inadequate, warranting deliberate indifference, shocking the conscience of my mental state for such as it was highly inappropriate, a sexual act as evidence of intentional maltreatment, violating my Eighth Amendment Right.
   5. While at the Prison-Folsom State Prison I defecated on myself, an act from swallowing the controlled substance, and searching staff conducted a full body search including the defecated matter done by Correctional officer T. Pirhofer where no contraband was found, and no reason for the doctor to sexually assault my person by putting a tube in my rectum, mentally damaging me subconsciously.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Has mentally affected me; Enabling me to sleep and constantly having bad thoughts

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☐ Yes ☑ No

   b. Did you submit a request for administrative relief on Claim I?   ☐ Yes ☑ No

   c. Did you appeal your request for relief on Claim I to the highest level?   ☐ Yes ☑ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. The administrative Remedy procedure here is Not Applicable as this action is against an outside entity of the Department

3

## CLAIM II

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Claim II.** Identify the issue involved. **Check only one.** State additional issues in separate claims.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☐ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Claim II? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
    _____

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim III?    ☐ Yes   ☐ No

   c. Did you appeal your request for relief on Claim III to the highest level?    ☐ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

A. Declare that the act and omissions described herein violated Plaintiffs' rights under the Constitution and laws of the United States;

B. Order Defendant to pay compensatory and punitive damages;

C. Order Defendant to pay filing fees.

D. Grant other just and equitable relief that this Honorable Court deems necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___4/20/2020___

DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.