UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>GIGI MATTERSON,<br><br>        Defendant. | Case No. 2:19-cv-01040-JAM-JDP (PC)<br><br>ORDER DISCHARGING THE NOVEMBER 13, 2020 ORDER TO SHOW CAUSE<br><br>ECF No. 29 |

In light of plaintiff's opposition to defendant's motion to dismiss, ECF No. 32, the November 13, 2020 order to show cause, ECF No. 29, is discharged.

IT IS SO ORDERED.

Dated:   May 4, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE