UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HARRIS, | Case No. 2:19-cv-01040-JAM-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME |
| v. | |
| MKRTCHYAN, | ECF No. 39 |
| Defendant. | |

Plaintiff has filed a motion for extension of time to file an amended complaint.  ECF No. 39.  Good cause appearing, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 39, is granted.

2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

IT IS SO ORDERED.

Dated:   July 25, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE