UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMETT HARRIS, | Case No. 2:19-cv-01040-JAM-JDP (PC) |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS THAT THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE, FAILURE TO COMPLY WITH COURT ORDERS, AND FAILURE TO STATE A CLAIM |
| v. | |
| MKITCHYAN, | |
| Defendant. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

On June 28, 2021, the court granted defendant's motion to dismiss and dismissed plaintiff's second amended complaint. ECF No. 38. Plaintiff was granted thirty days to file a third amended complaint. *Id*. He subsequently requested, and the court granted, an extension until August 25, 2021 to file a third amended complaint. ECF Nos. 39 & 40. Plaintiff did not file an amended complaint by that date. Accordingly, on September 16, 2021, plaintiff was ordered to show cause within twenty-one days why this action should not be dismissed for failure to prosecute and failure to state a claim. ECF No. 41. He was notified that if he wished to continue with this lawsuit, he must file an amended complaint. He was also warned that failure to comply with the September 16 order would result in a recommendation that this action be dismissed. *Id*.

The deadline has passed, and plaintiff has not filed an amended complaint nor otherwise responded to the September 16, 2021 order. Accordingly, it is hereby RECOMMENDED that:

1

1. This action be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim for the reasons set forth in the June 28, 2021 order. *See* ECF No. 38.

2. The Clerk of Court be directed to close the case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   November 5, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE